# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JORDAN HARDMAN | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 19-02251-KHV |
| | ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS and STEVEN RIOS, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

On May 22, 2019, Jordan Hardman filed suit against the Unified Government of Wyandotte County, Kansas City, Kansas and Steven Rios. Complaint (Doc. #1). Plaintiff asserts that Steven Rios sexually harassed and sexually assaulted her in violation of her constitutional rights, and brings her claims against Rios under 42 U.S.C. § 1983 (Count 3). This matter comes before the Court on Rios's Motion To Dismiss (Doc. #18) filed August 2, 2019.

Rios filed his motion to dismiss in response to plaintiff's Complaint (Doc. #1). On August 15, 2019, plaintiff filed a First Amended Complaint (Doc. #21). Therefore, the Court overrules Rios's motion as moot. See Mink v. Suthers, 482 F.3d 1244, 1254 (10th Cir. 2007) (amended complaint supersedes original complaint).

**IT IS THEREFORE ORDERED** that defendant's Motion To Dismiss (Doc. #18) filed August 2, 2019 is **OVERRULED**.

Dated this 12th day of September, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge