IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JORDAN HARDMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 19-cv-2251 |
| ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE ) | |
| COUNTY/KANSAS CITY, KANSAS, et al, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Jordan Hardman and Defendants Unified Government of Wyandotte County and Steve Rios, by and through their respective attorneys of record, and hereby stipulate and agree that the above-captioned cause has been fully compromised and settled and that Plaintiff's Amended Complaint (ECF No. 21) in the above-captioned case should be dismissed with prejudice. Plaintiff Jordan Hardman and Defendants Unified Government of Wyandotte County and Steve Rios further announce and agree that each party shall pay their own costs associated with this litigation.

WHEREFORE, the parties respectfully request the Court to enter an Order dismissing this action with prejudice at each party's costs.

7OE0357.DOCX

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Email: rdenk@mvplaw.com
slow@mvplaw.com

By: /s/ Ryan B. Denk
Ryan B. Denk #18868
Spencer A. Low #27690

*Attorneys for Defendant Unified Government of Wyandotte County/Kansas City, Kansas*

and

McCauley & Roach, LLC
527 W. 39th St., Ste. 200
Kansas City, Missouri 64111
(816) 523-1700
morgan@mccauleyroach.com
nicholas@mccauleyroach.com
sean@mccauleyroach.com

By: /s/ Morgan Roach
Sean McCauley #20174
Morgan Roach #23060
Nicholas Ruble #25636

*Attorneys for Defendant Steven Rios*

7OE0357.DOCX

## Certificate of Service

  I hereby certify that on October 2, 2020 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which sent notification of such filing to the following:

Tim J. Riemann
1600 Genessee St., Suite 860
Kansas City, MO 64102
tim@frlawkc.com
*Attorney for Plaintiff*

                /s/ Ryan B. Denk

7OE0357.DOCX