# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JORDAN HARDMAN, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, et al, )<br>)<br>Defendants. ) | Case No. 19-cv-2251 |

## ORDER OF DISMISSAL

On this 5th day of October, 2020, based upon the Joint Stipulation for Dismissal of Claims and for good cause shown, this Court hereby ORDERS that all claims in this action shall be dismissed with prejudice with Plaintiff and Defendants to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 5, 2020                                             s/ Kathryn H. Vratil
                                                                              KATHRYN H. VRATIL
                                                                              US DISTRICT JUDGE